UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO ATKINS,

    Plaintiff,

  v.

COMMERCIAL OFFICE INTERIORS; et al.,

    Defendant.

CASE NO. C06-1594-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Defendants' Motion for Extension of Pretrial Deadlines (Dkt. Nos. 13, 14). The motion is GRANTED IN PART and DENIED IN PART, as follows.

    The Status Conference currently set for February 13, 2007 is hereby CONTINUED to **February 27, 2007 at 9:00 a.m. in Courtroom 16206**. The Court declines to alter the Federal Rule of Civil Procedure 26(f) deadlines or the Rule 26(a) initial disclosure dates. Rather, the parties are ORDERED to proceed with meeting those pretrial dates, as determined by the Federal Rules and according to the

//

//

MINUTE ORDER – 1

1    new Status Conference date of February 27, 2007.  The Court finds no reason to delay the Status

2    Conference until after ruling on pending dismissal motions.

3        DATED this 29th day of January, 2007.

4                                           BRUCE RIFKIN, Clerk of Court

5
                                      By   /s/ C. Ledesma
6                                                Deputy Clerk

26   MINUTE ORDER – 2