1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO ATKINS,

                            Plaintiff,

          v.

COMMERCIAL OFFICE INTERIORS; and
TERRA SERVICES, INC. d/b/a Terra Resource
Group also d/b/a Allstaff,

                            Defendants.

CASE NO. C06-1594C

MINUTE ORDER

          The following Minute Order is made by direction of the Court, the Honorable John C.
Coughenour, United States District Judge:

          This matter comes before the Court on Defendant Commercial Office Interior's Motion to
Dismiss (Dkt. No. 9) and Defendant Terra Services, Inc.'s Motion to Dismiss (Dkt. No. 12).  Having
considered the papers submitted by the parties and finding oral argument unnecessary, the Court hereby
DENIES Defendants' motions.

          DATED this 3rd day of May, 2007.          BRUCE RIFKIN, Clerk of Court

                                                     By   _/s/ C. Ledesma_____

                                                          Deputy Clerk

MINUTE ORDER – 1